ABRAHAM LINDO et al., Appellants, *v.* MATTHEW T. MURRAY, as Executor of MATTHEW MURRAY, Deceased, Respondent.

*Lindo* v. *Murray,* 91 Hun, 335, affirmed.
(Argued October 25, 1898; decided November 22, 1898.)

APPEAL from a judgment of the late General Term of the Supreme Court in the first judicial department, entered January 14, 1896, upon an order affirming a judgment in favor of defendant entered upon a decision of the court dismissing the complaint on trial at Special Term.

*Samuel Greenbaum* for appellants.

*John H. Rogan* for respondent.

Judgment and order affirmed, with costs, upon the ground that the judgment construing the will is conclusive upon the parties; no opinion.

All concur, except PARKER, Ch. J., not sitting.